UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CLYDE MORRIS FRICKE** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **SECTION:** |
| | * | |
| **JOHN W. STONE OIL DISTRIBUTOR, LLC** | * | |
| | * | **MAGISTRATE:** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes complainant, **CLYDE MORRIS FRICKE**, a person of full legal age.  Complainant avers the following:

**I.**

Jurisdiction is based upon the Jones Act, 46 USC 688 and General Maritime Law.

**II.**

Made party defendant herein is **JOHN W. STONE OIL DISTRIBUTOR, LLC,** a Louisiana corporation with its principal place of business in Louisiana, licensed to do and doing business in this district and state.

**III.**

At all material times herein, complainant was employed by defendant assigned to the vessel, M/V STEPHANIE STONE, as a seaman in the capacity of captain.

**IV.**

On January 14, 2012, complainant was assigned and aboard the STEPHANIE STONE and was off duty in his bunk sleeping when suddenly and without warning the STEPHANIE STONE, while under the full control of Captain Calvin Carlos, collided with other vessels while underway.

V.

At all material times herein, defendant owned, operated, manned, and controlled the M/V STEPHANIE STONE.

VI.

A proximate cause of the accident herein was the negligence attributable to defendant in failing to furnish complainant a safe place to work and in the improper operation of the M/V STEPHANIE STONE. A proximate cause of the accident and injuries herein was the unseaworthy condition of the M/V STEPHANIE STONE.

VII.

As a direct and proximate result of the accident herein, complainant has sustained serious, disabling and permanent injuries to his shoulder, head, cervical spine, extremities and psyche. Complainant suffers from post traumatic stress syndrome. Complainant has damages of past and future mental and physical pain and suffering, past and future lost wages, past and future medical expenses, found, loss of enjoyment of life and any and all other related damages and expenses allowed by law, all for which complainant is entitled to sue and recover from the defendant herein for the full and total sum of FIVE MILLION ($5,000,000.00) DOLLARS.  Complainant also seeks punitive damages in an appropriate amount for the wanton and reckless actions of defendant in failing to furnish a safe work place and for the improper navigation of the M/V STEPHANIE STONE.

VIII.

Maintenance and cure is due from defendant. Complainant's accident occurred while in the service of the vessel. Demand is made for an appropriate rate of maintenance and for appropriate

cure, and for all damages allowed under the general maritime law associated with said claim, including attorney fees, compensatory damages and punitive damages from said employer.

**WHEREFORE**, complainant demands judgment against the defendant herein for the full and total sum of FIVE MILLION ($5,000,000.00) DOLLARS in compensatory damages, altogether with legal interest thereon from the date of the accident herein until paid, for proper maintenance and cure and related compensatory and punitive damages and attorney fees from the employer, for an appropriate award of punitive damages for the wanton and reckless disregard of defendant in failing to furnish complainant a safe place to work, for all costs of these proceedings and all appropriate, general and equitable relief.

    Respectfully submitted,

    DISCON LAW FIRM

    BY: S/THOMAS M. DISCON
    THOMAS M. DISCON, T.A. #14219
    424 N. Causeway Blvd., Suite A
    Mandeville, Louisiana   70448
    Telephone: (985) 674-9748

**PLEASE SERVE:**

**JOHN W. STONE OIL DISTRIBUTOR, LLC**
**through registered agent for process:**

THOMAS WILLIS, JR
1601 BELLE CHASSE HWY
SUITE 300
TERRYTOWN, LA 70056