UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CLYDE MORRIS FRICKE** | * | NO. 12-01753 |
| **VERSUS** | * | SECTION "H" |
| | * | JUDGE HELEN G. BERRIGAN |
| **JOHN W. STONE OIL DISTRIBUTOR, LLC** | * | MAGISTRATE "5" - CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Joint Motion for Dismissal with Prejudice;

**IT IS ORDERED, ADJUDGED AND DECREED** that Clyde Morris Fricke, Jr.'s claims against the defendant, John W. Stone Oil Distributor, LLC, shall be and are hereby dismissed, with prejudice, with each party to bear its own costs.

New Orleans, Louisiana, this __20th__ day of __June__, 2013.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE